UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80720-CIV-RYSKAMP/VITUNAC

JOSÉ CAPRON, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

CSV CONCEPTS V, LLC, a Florida Limited
Liability Corporation; CSV CONCEPTS IV, LLC,
a Florida Limited Liability Corporation; and
CHRISTOPHER S. VINGIANO,

    Defendants.
_____/

## ORDER REQUESTING SUBMISSION OF SETTLEMENT MATERIALS

THIS CAUSE comes before the Court *sua sponte*. The parties informed Court in writing on December 4, 2008 that this matter has settled. The Court has yet to receive the settlement papers necessary for it to approve the settlement is the case. When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the court "may enter a stipulated judgment after scrutinizing the settlement for fairness." *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court requests that the parties submit the requisite settlement materials by February 13, 2009.

DONE AND ORDERED at Chambers and was Palm Beach, Florida this 27th day of January, 2009.

                                                            S/Kenneth L. Ryskamp
                                                            KENNETH L. RYSKAMP
                                                            UNITED STATES DISTRICT JUDGE